Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBINDERPAL RATHOR,<br><br>　　　　　　　Defendant. | No.  CR13-117RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |

　　　THIS MATTER having come before the Court on Defendant Robinderpal Rathor's Motion for Early Termination of Probation, and the court having considered Defendant's motion, the Government's opposition, the Government's Supplemental Memorandum in Opposition, and the files and pleadings herein,

　　　NOW, THEREFORE, it is ORDERED that Defendant's Motion for Early Termination of Probation (Dkt. #172) is DENIED.

　　　DATED this 28th day of July, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 1